[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 4, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-12900
Non-Argument Calendar

_____

D.C. Docket No. 3:03-cr-302-J-20MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAWRENCE CRITTON,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

**(April 4, 2008)**

Before ANDERSON, CARNES and BARKETT, Circuit Judges

PER CURIAM:

W. Charles Fletcher, appointed counsel for Lawrence Critton in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Critton's revocation of supervised release and sentence are **AFFIRMED**.